THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK BAKER, Appellant. [869 NYS2d 843]

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of assault in the first degree (Penal Law § 120.10 [1]). Defendant failed to preserve for our review his contention that County Court erred in ordering restitution without conducting a hearing, and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see People v Perry*, 50 AD3d 1556 [2008], *lv denied* 10 NY3d 963 [2008]). To the extent that the further

contention of defendant that he was denied effective assistance of counsel survives the plea (*see People v Santos*, 37 AD3d 1141 [2007], *lv denied* 8 NY3d 950 [2007]), it concerns matters outside the record and thus must be raised by way of a motion pursuant to CPL article 440 (*see People v Leno*, 21 AD3d 1399 [2005], *lv denied* 5 NY3d 883 [2005]; *People v Michalski*, 15 AD3d 918, 919 [2005], *lv denied* 5 NY3d 854 [2005], 6 NY3d 756 [2005], *cert denied* 547 US 1077 [2006], *reh denied* 547 US 1176 [2006]). Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.